# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Jason Miljevich, Eric Lutz, Greg Terry, and all others similarly situated under 29 USC § 216(B), | ) ) ) ) | |
| Plaintiffs, | ) ) | **ORDER** |
| vs. | ) ) | |
| Tervita, LLC, & Republic Services, Inc., | ) ) | Case No. 1:16-cv-038 |
| Defendants. | ) | |

On November 22, 2016, the parties filed a "Joint Stipulation for Approval of Settlement, for Dismissal of Claims with Prejudice." The court **ADOPTS** the parties' stipulation (Docket No. 54). The settlement the above entitled action is dismissed with prejudice. All parties are responsible for their own costs and attorneys' fees except as otherwise provided in the stipulation.

**IT IS SO ORDERED.**

Dated this 30th day of November, 2016.

                                                 */s/ Charles S. Miller, Jr.*
                                                 Charles S. Miller, Jr., Magistrate Judge
                                                 United States District Court